**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       In the Interest of M.A.B., IV, a Child

Appellate case number:    01-15-00388-CV

Trial court case number:  2014-00044J

Trial court:                      314th District Court of Harris County

       It is ordered that Appellant's Motion for Rehearing En Banc is **denied**.


Judge's signature:  /s/ Rebeca Huddle
                              Acting for the En Banc Court*

Date: November 24, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Jennings, J., dissenting from denial of en banc reconsideration.